UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ROLAND ALEXIS WHITE, II                    CIVIL ACTION NO. 20-0917-P

VERSUS                                      JUDGE S. MAURICE HICKS, JR.

SGT. PORTER, ET AL.                        MAGISTRATE JUDGE HORNSBY

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims that occurred before July 15, 2020 are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**IT IS FURTHER ORDERED** that Plaintiff's civil rights claims that occurred after July 15, 2020 are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 12th day of September, 2023.

_____
S. MAURICE HICKS, JR.
UNITD STATES DISTRICT JUDGE